**2009–1467. State v. Maggy.**
Trumbull App. No. 2008–T–0078, 2009-Ohio-3180. Discretionary appeal accepted on Proposition of Law No. III; cause held for the decision in 2008–2502, *State v. Bodyke*, Huron App. Nos. H–07–040,

H–07–041, and H–07–042, 2008-Ohio-6387; and briefing schedule stayed.

PFEIFER and LUNDBERG STRATTON, JJ., would also accept the appeal on Proposition of Law Nos. I and II.